IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RAQUEL MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 1:18-cv-00041 |
| ALEXA SUSAN THOMAS, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. § 1441, Defendant Alexa Susan Thomas files this Notice of Removal to the United States District Court for the Western District of Texas, Austin Division. Removal is made based upon diversity of citizenship and amount in controversy. In support thereof, Defendant would respectfully show the Court the following:

**I.
Procedural Background**

1.   Plaintiff is Raquel Martinez and Defendant is Alexa Susan Thomas.

2.   On November 17, 2017, Plaintiff filed suit against Defendant in the 53rd Judicial District Court of Travis County, Texas, Cause No. D-1-GN-17-006347, styled *Raquel Martinez v. Alexa Susan Thomas*, seeking damages arising from a motor vehicle accident in Travis County, Texas.

3.   Plaintiff has failed to properly serve Defendant, as she has not served Defendant personally or an authorized agent of Defendant.

4.   Defendant answered the suit on January 8, 2018.

5.     Attached hereto are certified copies of all pleadings, process, orders, and other filings in the state court suit as required by 28 U.S.C. §1446(a).

## II.
## BASIS FOR REMOVAL

6.     Removal is proper under 28 U.S.C. § 1332 based on diversity of citizenship because the parties are citizens of different states and Plaintiff is seeking damages in excess of $75,000.

7.     In her petition, Plaintiff states that she is a resident of Los Angeles County, California. (Please see Plaintiff's Original Petition attached as Exhibit A).ar

8.     Defendant is a resident of the Commonwealth of Virginia. Defendant currently resides at in Arlington, Virginia, located in Arlington County, Virginia. *See* Exh. B – Pl's Letter to the State District Court.

9.     Plaintiff is seeking monetary relief in excess of $75,000.00, currently pleading for monetary relief in excess of $200,000.00, but not more than $1,000,000.00. *See* Exh. A. - Pl's Orig. Pet. at ¶ 2.01.

10.    Because Plaintiff and Defendant are citizens of different states and Plaintiff is seeking recovery against Defendants in excess of $75,000, the elements for removal under 28 U.S.C. § 1332 are satisfied.

11.    All pleadings, process, orders, and other filings in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a) *See* Exh. C.  A copy of this Notice is also concurrently being filed with the state court and served upon Plaintiff as required by 28 U.S.C. § 1446(d).

12.    Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace Travis County, Texas, the place where the removed action is pending.

## III.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Alexa Susan Thomas hereby gives her notice of removal of this case from 53rd Judicial District Court, Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos, Suite 1500
Austin, Texas 78701
(512) 708-8200 – Telephone
(512) 708-8777 – Fax

By: _/s/ Sean M. Crowley_____
Sean M. Crowley
State Bar No. 24056955
Bianca Cedrone
State Bar No. 24088787
E-Mail: scrowley@thompsoncoe.com
E-Mail: bcedrone@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on the 19th day of January, 2018, I electronically served the foregoing by electronic service and email on the following:

Stacey Barrus
BARRUS LAW GROUP, PLLC
2511 N. Loop 1604 W., Suite 301
San Antonio, Texas   78258
210-910-4357 – Phone
210-544-2842 – Fax
s.barrus@barruslaw.com