IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AMY L. STEWART, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:18-CV-41 |
| ARS NATIONAL SERVICES, INC., et al., | § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice, (Dkt. 8), which the Court **ADOPTS**. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is dismissed with prejudice.

**IT IS ORDERED** that all costs shall be taxed to the party incurring the same.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** June 7, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE