# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **RAQUEL MARTINEZ** | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | §   No. 1:18-CV-041-RP |
| | § |
| **ALEXA SUSAN THOMAS,** | § |
| | § |
| Defendant. | § |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE ROBERT PITMAN, U.S.D.J.:

COME NOW, Raquel Martinez and Alexa Susan Thomas, parties to the above-titled and numbered cause, and file this Agreed Motion to Dismiss with Prejudice, and in support thereof, would respectfully show the Court as follows:

1. This matter was previously set for trial on July 6, 2021.

2. The parties filed a Notice of Settlement with this Court on June 17, 2021. [Dkt. 46].

3. The parties reached an agreement resolving all remaining claims. Pursuant to their agreement, the parties now seek this Court to dismiss the case with prejudice to refile the same.

4. This Agreed Motion has been reviewed by all parties and is approved as to form and substance.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request this Court enter an Order dismissing the above-titled and numbered cause with prejudice.

Respectfully submitted,

COWEN | RODRIGUEZ | PEACOCK

By: */s/Laura Pazin Porter*
   Laura Pazin Porter
   State Bar No. 24032941
   Michael Cowen
   State Bar No. 00795306
   Michael Tuttle
   State Bar No. 24037620
   6243 IH-10 West, Suite 801
   San Antonio, Texas 78201
   (210) 941-1301 – Phone
   (210) 579-8968 – Fax
   E-mail:  efilings@cowenlaw.com

**ATTORNEYS FOR PLAINTIFF**

And

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Bianca Cedrone*
   Sean M. Crowley
   State Bar No. 24056955
   Bianca Cedrone
   State Bar No. 24088787

   701 Brazos, Suite 1500
   Austin, Texas 78701
   (512) 708-8200 – Telephone
   (512) 708-8777 – Fax
   E-Mail:  scrowley@thompsoncoe.com
   E-Mail:  bcedrone@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of September, 2021, a copy of the above was electronically served via ECF to the attorney(s) listed below:

Stacey Barrus
BARRUS LAW GROUP, PLLC
2511 N. Loop 1604 W., Suite 301
San Antonio, Texas  78258
210-910-4357 – Phone
210-544-2842 – Fax
s.barrus@barruslaw.com

Laura Pazin Porter
Michael Cowen
Michael Tuttle
COWEN | RODRIGUEZ | PEACOCK
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
210-941-1301 – Phone
210-579-8968 – Fax
efilings@cowenlaw.com

                                              */s/ Bianca Cedrone*
                                              Bianca Cedrone