IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RAQUEL MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:18-CV-41-RP |
| | § | |
| ALEXA SUSAN THOMAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On September 3, 2021, the parties filed an agreed motion to dismiss with prejudice stating

that the parties have resolved their dispute. (Dkt. 47). The Court construes the parties' motion as a

joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated

dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective

automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As

nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on September 22, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE